UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>              Plaintiff, )<br>       )<br>       v. )<br>       )<br>       )<br>MARK CHARLES JOHNSON, )<br>       )<br>              Defendant. ) | 3:06-CR-059-LRH-VPC<br><br>**GOVERNMENT MOTION TO DISMISS; ORDER** |

COMES NOW, the United States of America, by and through GREGORY A. BROWER, United States Attorney, and RONALD C. RACHOW, Assistant United States Attorney, and moves to dismiss the Indictment on file in the above captioned case.

The Defendant voluntarily entered into a period of pre-trial diversion pursuant to a written agreement. The Defendant has complied with all the terms of supervision in his diversion agreement and has successfully completed the program. Accordingly the Government moves to dismiss the Indictment on file.

Submitted this ___ day of February, 2008.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 5, 2008

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

RONALD C. RACHOW
Assistant United States Attorney